# UNITED STATES DISTRICT COURT
## for the

### District of South Carolina

| | |
|---|---|
| United States of America ) | Case No: 4:04CR556TLW(1) |
| ) | USM No: 11386-171 |
| -versus- ) | William F. Nettles, IV, Public Defender |
| ) | Defendant's Attorney |
| **Frederick Abraham McKenzie** ) | |
| ) | |
| Date of Previous Judgment: October 7, 2009 ) | |
| *(Use Date of Last Amended Judgment if Applicable* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred seventy months (170) months **is reduced to** one hundred forty-four (144) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed  March 22, 2005 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    February 28, 2012 | s/ Terry L. Wooten |
| | *Judge's signature* |
| | |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from order date)* | *Printed name and title* |